UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

**JASON JAY BATES,**

                Debtor
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Settlement Date: July, 26th, 2004
Time: .9:30 A.M.

Chapter 13
Case No. 04-20240 ASH

**NOTICE OF SETTLEMENT**

      **PLEASE TAKE NOTICE**, that an *Order,* a true copy of which is annexed hereto, will be presented for signature to the Hon. Adlai S. Hardin, Jr., United States Bankruptcy Judge, on the 26th day of July, 2004 at 9:30 A.M., in the Judge's Chambers, United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York.

      **PLEASE TAKE FURTHER NOTICE ,** that objections, if any, to the proposed Order must be made in writing and received in the Bankruptcy Judge's chambers and by the undersigned not later than three days prior to the return date thereof, and unless objections are received by that time, the within order may be signed. *In the event that objections are interposed, a hearing will be held on August 18th, 2004 at 9:45 A.M.*

Dated: White Plains, New York
       July 13th, 2004

   /s/ Jeffrey L. Sapir
**Jeffrey L. Sapir (JLS 0938)**
**Chapter 13 Trustee**
**399 Knollwood Road**
**White Plains, New York 10603**
**Chapter 13 Tel. 914-328-6333**

**TO**:  United States Trustee
33 Whitehall Street
New York, New York 10004

Jason Jay Bates
94 Round Hill Road
Armonk, New York 10504

Washington Mutual Bank, FA
9420 Reseda Blvd # 814
Northridge, California 91324

Washington Mutual Bank, FA
c/o Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue
East Meadow, New York 11554

Fleet Bank
P.O. Box 3092
Utica, New York 13504

Fleet Bank
c/o Solomon & Solomon, PC
5 Columbus Circle
Albany, New York 12203

EMC Mortgage Corporation
P.O. Box 225749
Irving, Texas 75014-1358

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

**JASON JAY BATES,**

Chapter 13

Case No.04-20240 ASH

Debtor
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER DISMISSING CHAPTER 13 CASE**
**FOR FAILURE TO COMPLY WITH COURT ORDER**

The debtor, having failed to comply with this Court's Order dated May 21st, 2004 in that the debtor failed to appear and be examined at a 341(a) meeting of creditors, failed to timely file a plan and schedules, failed to commence proposed plan payments to the trustee, failed to provide the required documentation, to wit, copies of income tax returns, copies of payroll stubs evidencing regular employment/operating statements, a real estate/automobile appraisal, if applicable, and a third-party affidavit of contribution, where necessary, in violation of this Court's Standing Order.

**IT IS ORDERED THAT:**

The Chapter 13 case is hereby dismissed pursuant to § 109(g) with prejudice for 180 days from the date hereof for failure to comply with this Court's Order.

Dated:  White Plains, New York
        July              , 2004

_____
**UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
IN RE:

                          Chapter 13
                          Case No. 04-20240 ASH

**JASON JAY BATES,**

                          **AFFIDAVIT OF NON-**
                          **COMPLIANCE**
             Debtor     **WITH COURT ORDER**

---------------------------------x

STATE OF NEW YORK     )
COUNTY OF WESTCHESTER  )   ss.:

        Jeffrey L. Sapir, being duly sworn, deposes and says:

1.       He is the standing Chapter 13 Trustee.

2.       The debtor filed a Chapter 13 proceeding on May 10th, 2004.

3.       The debtor failed to comply with the provisions of the order of this court dated May 21st, 2004, in that the debtor failed to appear and be examined at the 341(a) meeting of creditors; failed to timely file a plan and schedules, in violation of Bankruptcy Rules 3015(b) and 1007(c), respectively; failed to remit timely proposed plan payments to the trustee; and failed to provide the trustee with the required documentation, to wit, copies of income tax returns, copies of payroll stubs evidencing regular employment/operating statements, and a real estate/automobile appraisals, if applicable, and a third-party affidavit of contribution, if necessary, in violation of this Court's Standing Order.

        **WHEREFORE**, the trustee respectfully requests that the annexed order dismissing this case pursuant to §109(g) with prejudice for 180 days for the debtor's

failure to comply with the order of this Court, be signed.

        /s/ Jeffrey L. Sapir
**Jeffrey L. Sapir**

Sworn to before me this
13th day of July, 2004

/s/ Jody L. Kava

Jody L. Kava
Notary Public, State of New York
No. 4836806
Qualified in Westchester County
Term Expires: 10/31/05

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
IN RE:                                    Chapter 13
                                          Case No. 04-20240 ASH
**JASON JAY BATES,**


                    Debtor
---------------------------------x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK           )
COUNTY OF WESTCHESTER       ) ss.:

Lois Rosemarie Esposito, being duly sworn, deposes and says:

I am not a party to the action herein, I am over the age of 18 years and reside in the County of Westchester, State of New York.

On July 13th, 2004, I served a true copy of the within document, to the herein listed parties at the address(es) designated for that purpose, by mailing same in a properly sealed envelope with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York to the following:

**TO:**:   United States Trustee
          33 Whitehall Street
          New York, New York 10004

          Jason Jay Bates
          94 Round Hill Road
          Armonk, New York 10504

          Washington Mutual Bank, FA
          9420 Reseda Blvd # 814
          Northridge, California 91324

Washington Mutual Bank, FA
c/o Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue
East Meadow, New York 11554

Fleet Bank
P.O. Box 3092
Utica, New York 13504

Fleet Bank
c/o Solomon & Solomon, PC
5 Columbus Circle
Albany, New York 12203

EMC Mortgage Corporation
P.O. Box 225749
Irving, Texas 75014-1358

                                             /s/ Lois Rosemarie Esposito
                                             **Lois Rosemarie Esposito**

Sworn to before me this
13th day of July, 2004

/s/ Jeffrey L. Sapir
Jeffrey L. Sapir
Notary Public, State of New York
No. 60-8764500
Qualified in Rockland County
Cert. Filed in Westchester County
Term Expires: 12/31/06